IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00610-MSK-KLM

THE REGENTS OF THE UNIVERSITY OF COLORADO,

    Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Vacate May 21, 2012 Scheduling/Planning Conference (Docket No. 7)** [Docket No. 13; Filed May 14, 2012] (the "Motion"). The parties aver that they have reached a settlement and are currently finalizing the terms of their agreement. Accordingly,

    IT IS HEREBY **ORDERED** that the Scheduling Conference set for May 21, 2012 at 10:00 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **May 29, 2012**.

    Dated:  May 15, 2012